UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[59] Angel Gonzalez-Lugardo,<br>Defendant. | Criminal No. 08-cr-00398 (ADC) |

**UNITED STATES RESPONSE TO MOTION FOR
EARLY TERMINATION OF SUPERVISD RELEASE**

On January 31, 2024, the Defendant [59] Angel Gonzalez-Lugardo filed a Motion for Early Termination of Supervised Release. (ECF No. 4102). The United States <u>does not</u> object to this Honorable Court granting the Defendant's Motion.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of February, 2024.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

<u>s/ Julian N. Radzinschi</u>
Julian N. Radzinschi
U.S.D.C.-PR G03417
Assistant United States Attorney
United States Attorney's Office
Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
Tel: (787) 282-1825
Julian.Radzinschi@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Julian N. Radzinschi*
**Julian N. Radzinschi**
Assistant United States Attorney